# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IRENE GONZALEZ,

      Plaintiff,

     v.

GENERAL ELECTRIC; HAIER US APPLIANCE SOLUTIONS, INC. d/b/a GE APPLIANCES; TRANSPLACE MEXICO, LLC. and; 2) EP LOGISTICS, LLC. DOES 1 to 99, inclusive; ROES 1 to 99, inclusive;

      Defendants.

HAIER US APPLIANCE SOLUTIONS, INC. dba GE APPLIANCES,

      Third Party Plaintiff,

     v.

LAZOR SPOT, INC.

      Third-Party Defendant

Case No: 2-23-cv-01866-MEMF-SK

**JUDGMENT RE: ORDER AT DKT. NO. 163**

1

Having taking Defendant Transplace Mexico's Motion for Summary Judgment under submission by the Honorable Maame Ewusi-Mensah Frimpong on November 17, 2025, and, having fully considered the evidence and briefing, and having rendered a decision on March 24, 2026, granting Defendant Transplace Mexico's Motion for Summary Judgment on all claims (Dkt. No. 163), and finding good cause therefor, the Court hereby ORDERS that judgment is entered in this action as follows:

1. Plaintiff Irene Gonzalez take nothing as against Defendant Transplace Mexico, LLC; and

2. Defendant Transplace Mexico, LLC shall have judgment entered in its favor against Plaintiff Irene Gonzalez.

The Clerk is ordered to enter this Judgment

DATED: June 29, 2026

_____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE