**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRENE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC; HAIER US APPLIANCE SOLUTIONS, INC. d/b/a GE APPLIANCES; TRANSPLACE MEXICO, LLC. and; 2) EP LOGISTICS, LLC. DOES 1 to 99, inclusive; ROES 1 to 99, inclusive;<br><br>Defendants. | Case No: 2-23-cv-01866-MEMF-SK<br><br>**JUDGMENT RE: ORDER AT DKT. NO. 161 [DKT NO. 186]** |
| HAIER US APPLIANCE SOLUTIONS, INC. dba GE APPLIANCES,<br><br>Third Party Plaintiff,<br><br>v.<br><br>LAZOR SPOT, INC.<br><br>Third-Party Defendant | |

Having taking Defendant EP Logistics's Motion for Judgment on the Pleadings under submission by the Honorable Maame Ewusi-Mensah Frimpong on December 17, 2025, and, having fully considered the evidence and briefing, and having rendered a decision on March 24, 2026, granting Defendant EP Logistics's Motion for Judgment on the Pleadings (Dkt. No. 161), and finding good cause therefor, the Court hereby ORDERS that judgment is entered in this action as follows:

1. Judgment is entered in favor of Defendant EP Logistics, LLC, and against Plaintiff Irene Gonzalez.
2. Plaintiff Irene Gonzalez shall take nothing against Defendant EP Logistics, LLC.
3. Each party shall bear its own costs as between Plaintiff Irene Gonzalez and Defendant EP Logistics, LLC.

The Clerk is ordered to enter this Judgment

DATED: August 28, 2026

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE